**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALVAN ROBERTO ROSSA AUGUSTINE,

Petitioner,

v.

D.H.S.,

Respondents.

Case No. 5:26-cv-03507-JFW-AJR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The period for filing objection has passed and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is DISMISSED WITHOUT PREJUDICE as duplicative. Accordingly, this action is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the

Judgment herein on Petitioner at the current address of record, as well as Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 29, 2026

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE