**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALVAN ROBERTO ROSSA AUGUSTINE,

Petitioner,

v.

D.H.S.,

Respondents.

Case No. 5:26-cv-03507-JFW-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DISMISSED WITHOUT PREJUDICE as duplicative. Accordingly, this action is DISMISSED WITHOUT PREJUDICE.

DATED: September 29, 2026

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE